# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Jane Doe on Behalf of Jan Doe, a Minor
Plaintiff

v.

3:19-cv-3081
Civil Action No.

Dallas Independent School District, et. al
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Jane Doe on Behalf of Jan Doe, A Minor

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

DALLAS INDEPENDENT SCHOOL DISTRICT, LILLIANA SOLANO, CHRIS BAYER, VON HARRIS, ANDY TODD, AND SIDNEY BOUVIER GALSTRAP-PORTLEY

| | |
|---|---|
| Date: | December 31, 2019 |
| Signature: | /s/ Mai Mullen Milton |
| Print Name: | Mai Mullen Milton |
| Bar Number: | 24079011 |
| Address: | 2111 S. Collins Street, Suite 201 |
| City, State, Zip: | Arlington, Texas 76010 |
| Telephone: | 682 553-9040 |
| Fax: | 682 553-9040 |
| E-Mail: | AttorneyMMilton@MMiltonlaw |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons