UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANE DOE, ON BEHALF OF ) <br> JAN DOE, A Minor ) <br> Plaintiffs, ) <br> ) <br> -vs- ) <br> ) <br> DALLAS INDEPENDENT SCHOOL ) <br> DISTRICT; LILLIANA SOLANO, ) <br> INDIVIDUALLY and in her OFFICIAL ) <br> CAPACITY as HILLCREST H.S. ) <br> REGISTRAR; CHRIS BAYER, ) <br> INDIVIDUALLY and in his OFFICIAL ) <br> CAPACITY as HILLCREST H.S. PRINCIPAL ) <br> VON HARRIS, INDIVIDUALLY and ) <br> In his OFFICAL CAPACITY as ) <br> HILLCREST H.S. HEAD BASKETBALL ) <br> COACH; ANDY TODD, INDIVIDUALLY ) <br> And in his OFFICIAL CAPACITY ) <br> ATHLETIC COORDINATOR; AND ) <br> SIDNEY BOUVIER GALSTRAP-PORTLEY ) | Case No: 3:19-cv-03081-S |

**WAIVER OF THE SERVICE OF SUMMONS**

TO:   Chris Bayer, by and through his counsel of record Kathryn Long of Thompson & Horton, LLP, 500 North Akard Street, Suite 3150, Dallas, Texas  75201

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from January 13, 2020, the date when this request was sent.  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Dated: January 16, 2020

/s/ Kathryn E. Long
Kathryn Long or Representative Attorney

Chris Bayer

Kathryn E. Long
Printed name

Thompson & Horton, LLP
500 North Akard Street, Suite 3150
Dallas, Texas  75201
972 734-5613 – Office
Klong@Thompsonhorton.com